David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Robert D. Berglund (SBN 234081)
berglunr@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants,
ASSET ACCEPTANCE, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CAMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>        Defendant. | CASE NO. **CV-09-04997 VBK**<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE ACTION** |

        TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

        **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the above-entitled lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Request for Dismissal of the entire lawsuit, with prejudice, within 45 days from the date of this

/ / /

/ / /

1

1    Notice.  The parties request that the Court take off calendar all future calendared
2    dates.
3
4    DATED:  December 11, 2009          CARLSON & MESSER LLP
5                                       By    /s/ Robert D. Berglund
                                               David J. Kaminski
6                                              Robert D. Berglund
                                               Attorneys for Defendant,
7                                              ASSET ACCEPTANCE, LLC
8
9    DATED:  December 11, 2009          KROHN & MOSS, LTD
10
11                                      By    /s/ Michael S. Agruss
                                               Michael S. Agruss
12                                             Attorneys for Plaintiff,
                                               ERIKA CAMPANY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06032.00/159978                    NOTICE OF SETTLEMENT