1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  ROBERT D. BERGLUND (State Bar No. 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ERIKA CAMPANY,                )   CASE NO. 09-cv-04997-RGK (Ex)
                                 )
12              Plaintiff,        )
                                 )   **STIPULATION RE DISMISSAL
13       v.                      )   WITH PREJUDICE OF ENTIRE
                                 )   ACTION AND ALL PARTIES**
14                               )
   ASSET ACCEPTANCE, LLC,        )
15                               )
                                 )
16              Defendant.       )
                                 )
17                               )
                                 )
18                               )
                                 )
19                               )
                                 )
20                               )

21      **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff ERIKA

22 CAMPANY and Defendant ASSET ACCEPTANCE, LLC and through their

23 respective counsel of record, that Plaintiff shall dismiss, with prejudice the

24 above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to

25 / / /

26 / / /

27 / / /

28 / / /

1  FRCP 41(a)(1). Each party shall bear its own costs and expenses.

3  DATED:   December 11, 2009          KROHN & MOSS, LTD

   By: /s/ Michael S. Agruss
   Michael S. Agruss
   Attorneys for Plaintiff,
   ERIKA CAMPANY

8  DATED:   December 11, 2009          CARLSON & MESSER LLP

   By: /s/ Robert D. Berglund
   David J. Kaminski
   Robert D. Berglund
   Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC